IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN DOUGLAS BAXTER, JR., | ) | 1:05-CV-01064-REC-LJO-HC |
| Petitioner, | ) ) | ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT |
| vs. | ) ) | **OR** PAY FILING FEE |
| WARDEN R. RUNNELS, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the copy of petitioner's prison trust account statement was not certified. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis **or** pay the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall submit a certified copy of his prison trust account

1

1  statement for the six month period immediately preceding the filing of the petition, or in the
2  alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in
3  a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:    October 4, 2005**                    **/s/ Lawrence J. O'Neill**
   23ehd0                                            UNITED STATES MAGISTRATE JUDGE