UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN DOUGLAS BAXTER, JR., | ) | 1:05-CV-1064 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING NOVEMBER 15, 2005, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | [Doc. #7] |
| WARDEN R. RUNNELS, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| Respondent. | ) | PROCEED IN FORMA PAUPERIS |
| | ) | [Doc. #8] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 15, 2005, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. The Court found that Petitioner had failed to submit a completed application to proceed in forma pauperis or pay the filing fee as ordered by this Court on October 5, 2005. On November 16, 2005, Petitioner filed a motion to proceed in forma pauperis, and on November 28, 2005, he filed objections to the Findings and Recommendation. Petitioner states he attempted to comply with the Court's order but was prevented from doing so timely due to mishandling by prison staff. The Court finds Petitioner has shown good cause to vacate the Findings and Recommendation.

1  Accordingly, the Court hereby VACATES the Findings and Recommendation of November
2  15, 2005.  Good cause having been presented and good cause appearing therefor, Petitioner's motion
3  to proceed in forma pauperis is GRANTED.
4  IT IS SO ORDERED.
5  **Dated:    December 1, 2005**              /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE