UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DOUGLAS BAXTER, JR.,            ) | 1:05-CV-1064 REC LJO HC |
| ) | |
| Petitioner,       ) | |
| ) | ORDER GRANTING PETITIONER'S |
| v.                         ) | MOTION FOR EXTENSION OF TIME |
| ) | |
| WARDEN R. RUNNELS,            ) | [Doc. #12] |
| ) | |
| Respondent.       ) | |
| _____) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 29, 2005, Petitioner filed a request for an extension of time in which to file a response to the Court's order to show cause of December 2, 2005.  Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order to file his response.

IT IS SO ORDERED.

**Dated:    January 23, 2006**           **/s/ Lawrence J. O'Neill**
23ehd0                              UNITED STATES MAGISTRATE JUDGE