# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DOUGLAS BAXTER, JR., ) | 1:05-CV-01064 OWW LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #14] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| WARDEN R. RUNNELS, ) | [Doc. #1] |
| ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 2, 2005, the Magistrate Judge issued an order directing Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. Petitioner requested and was granted an extension of time. However, Petitioner failed to file a response to the Court's order. Therefore, on March 17, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for Petitioner's failure to comply with a court order. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and

1 contained notice that any objections were to be filed within thirty (30) days of the date of service of
2 the order.
3    On April 7, 2006, Petitioner responded to the Findings and Recommendation. Petitioner
4 states he has experienced difficulty in abiding by the time deadlines set by the Court due to
5 lockdowns and placement in administrative segregation. Petitioner requests that the Court "allow
6 [him] to recall [his] case without prejudice - so that [he] may file again when [he is] in a better
7 location in this prison . . . ."
8    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
9 *novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the
10 Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. In
11 addition, Petitioner requests that the case be dismissed. Petitioner is forewarned that the
12 Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) imposes a statute of limitations of
13 one year in which a petitioner must file a federal petition for writ of habeas corpus. 28
14 U.S.C. § 2244(d)(1).
15    Accordingly, IT IS HEREBY ORDERED that:
16    1. The Findings and Recommendation issued March 17, 2006, is ADOPTED IN FULL;
17    2. Petitioner's request to dismiss the case is GRANTED;
18    3. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and
19    4. The Clerk of Court is DIRECTED to enter judgment.
20 IT IS SO ORDERED.
21 **Dated:   July 15, 2006**         **/s/ Oliver W. Wanger**
   emm0d6                           UNITED STATES DISTRICT JUDGE